Rx Date/Time    AUG-07-2007(TUE) 15:42    2124253428    P.002
08/07/2007   15:45    2124253428    VINCENTPCRISCI    PAGE 02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket # 07 CIV 6629

---------------------------------------------------------X

JESSICA DICICCO,

                    Plaintiff,

**STIPULATION EXTENDING
TIME TO ANSWER**

against

CHEF DRIVEN, INC. and FRENCH ROAST, INC.,

                    Defendants.

---------------------------------------------------------X

    *IT IS HEREBY STIPULATED* that the time for the defendant(s), **CHEF DRIVEN, INC. AND FRENCH ROAST, INC.**, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be, and the same hereby is, extended to and including September 7, 2007.

    The appearing defendants hereby waive jurisdictional defenses.

    *IT IS FURTHER STIPULATED AND AGREED THAT* facsimile signatures herein will be treated as original signatures.

Dated: New York, New York
       August 6, 2007

                                    *Print Name Beneath Signature*

                          By: BRUCE J. CHERIFF (BJC-2991)

                         CHERIFF & FINK, P.C.
                         2 Rector Street, Suite 2104
                         New York, NY 10006
                         212-285-4100
                         212-285-4101
                         *Attorney(s) for Plaintiff(s)*

LAW OFFICE OF VINCENT P. CRISCI
By: CAROLINE PAPADATOS, ESQ. (CP-6121)
Attorney(s) for Defendant(s)
17 State Street
New York, NY 10004
212-943-8940
 Our File No.: 03-639576-CP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

SO ORDERED:

U.S.D.C.    8/27/07