UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESSICA DICICCO,

                Plaintiff,

    -against-

CHEF DRIVEN, INC., et al.

               Defendants.

------------------------------------------------------------------X

07 Civ. 6629 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       September 10, 2007

                                          _____
                                               GERARD E. LYNCH
                                            United States District Judge