UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSICA DICICCO,

                            Case No. 07 CIV 6629 (GEL)

                  Plaintiff,

       -against-                            **STIPULATION**
                                                        **DISCONTINUING**
                                                        **ACTION WITH**
                                                        **PREJUDICE AND ORDER**

CHEF DRIVEN, INC. and FRENCH ROAST, INC.,

                  Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:        New York, New York
                August 30, 2007

CHERIFF & FINK, P.C.                          VINCENT P. CRISCI, ESQ.

By: Bruce J. Cheriff (BJC-2991)          By: ~~Donna J. Curley (DJC-___)~~ Caroline Papadatos (CCP-6121)
Attorneys for Plaintiff                               Attorneys for Defendants
2 Rector Street - Suite 2104                   17 State Street, 8th Fl
New York, NY 10006                            New York, NY 10004

"So Ordered"

_____
U.S.D.J.

11/26/07